## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ERICA L. KIMMONS
531 Huron Dr. W. Apt. B
Heath, OH 43056,

      Plaintiff,

v.

KIA AMERICA, INC.
(formerly known as Kia Motors America,
Inc.)
111 Peters Canyon Road
Irvine, CA 92606
   Service of Process
   CT Corporation System
   4400 Easton Commons Way, Suite 125
   Columbus, OH 43219

And

OHIO DEPARTMENT OF MEDICAID
50 West Town Street, Suite 400
Columbus, OH 43215

      Defendants.

Case No. 2:25-cv-00573-ALM-EPD

District Judge: Algenon L. Marbley
Magistrate Judge: Elizabeth Preston Deavers

---

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Erica L. Kimmons, and Kia America, Inc. have reached a settlement. The parties anticipates filing a voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P 41(a) within 60 days.

Dated: February 3, 2026

By: */s/ Clay A. Guise*
Clay A. Guise (0062121)
Hannah J. Mohs (PHV)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0797
Facsimile: (855) 242-8119
cguise@dykema.com
hmohs@dykema.com

*Attorneys for Kia America, Inc.*

2