## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ERICA L. KIMMONS
531 Huron Dr. W. Apt. B
Heath, OH 43056,

      Plaintiff,

v.

KIA AMERICA, INC.
(formerly known as Kia Motors America,
Inc.)
111 Peters Canyon Road
Irvine, CA 92606
    Service of Process
    CT Corporation System
    4400 Easton Commons Way, Suite 125
    Columbus, OH 43219

And

OHIO DEPARTMENT OF MEDICAID
50 West Town Street, Suite 400
Columbus, OH 43215

      Defendants.

Case No. 2:25-cv-00573-ALM-EPD

District Judge: Algenon L. Marbley
Magistrate Judge: Elizabeth Preston Deavers

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that pursuant to FED. R. CIV. P 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Attorneys for Plaintiff

**OLIVER LAW OFFICE**

*/s/ Jami Oliver (w/permission)*
Jami S. Oliver (0061738)
Brian R. Noethlich (0086933)
7240 Muirfield Drive, Suite 120
Dublin, OH 43017
Telephone:     (614) 220-9100
Facsimile:     (866) 318-4580
joliver@oliverattorneys.com
brian@oliverattorneys.com

Attorneys for Defendant Kia America, Inc.

**DYKEMA GOSSETT PLLC**

*/s/ Hannah Mohs*
Clay A. Guise (0062121)
Hannah J. Mohs (PHV)
39577 Woodward Ave. #300
Bloomfield Hills, MI 48304
Telephone:     (248) 203-0797
Facsimile:     (855) 242-8119
cguise@dykema.com
hmohs@dykema.com

Attorneys for Defendant Ohio Department of Medicaid

**YACOBOZZI DRAKATOS LLC**

*/s/Dennis Yacobozzi (w/permission)*
Dennis Yacobozzi
597 High Street
PO Box 1040
Worthington OH 43085
Telephone:     (614) 443-2800
Facsimile:     (614) 443-2801
dyacobozzi@ydlegal.com

2